# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | |
|---|---|
| ABC IP, LLC, a Delaware Liimted Liability Company, Rare Breed Trigger, Inc., a Texas Corporation and RBTM, LLC, a Wyoming Limited Liability Company<br>*Plaintiff(s)*<br>v.<br>ROKC LLC, an Oklahoma limited liability company, d/b/a Rainier Arms<br>*Defendant(s)* | Civil Action No. CIV-26-1876-PRW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ROKC LLC, an Oklahoma limited liability company, d/b/a Rainier Arms
3208 Cooke Way
Oklahoma City, OK 73179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SUMMONS ISSUED:*
1:36 pm, Jul 23, 2026
*JOAN KANE, CLERK*

Date: ______________________

*By:* ______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________

*Server's signature*

______________________

*Printed name and title*

______________________

*Server's address*

Additional information regarding attempted service, etc: